JOHN BRADY, Respondent, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Appellant.

BERNARD BRADY, Respondent, *v.* SAME, Appellant

(Argued November 29, 1887; decided December 6, 1887.)

*Roscoe Conkling* for appellant.

*L. Laflin Kellogg* for respondents.

Agree to dismiss; no opinion.
All concur.
Appeals dismissed.

---

IGNATZ THALHEIMER, *v.* FERDINAND HAYS et al.

SALIE FRANKEL, *v.* FERDINAND HAYS et al.

YETTE THALHEIMER, *v.* FERDINAND HAYS et al.

SUSSELIA HAYS, *v.* FERDINAND HAYS et al., ROBERT B. WICKES, Receiver, etc., Appellant.

(Argued November 29, 1887; decided December 6, 1887.)

*William N. Cogswell* for appellant.

*Garlock & Beach* for respondent.

Agree to affirm; no opinion.
All concur.
Orders affirmed.